UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAVID ADAMS, et al.,

*Plaintiff*

*v.*

3M COMPANY, et al.,

*Defendant*

Civil Action No. ______________________

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that 3M Company, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

______________________________________________

______________________________________________

______________________________________________

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*/s/ Michael C. Zogby*
Signature of Attorney

67 E. Park Place, Suite 1000
Address

Morristown, NJ, 07960
City/State/Zip

9/23/2025
Date